IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 79518-0-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN JAMES HERMAN, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: AUG 1 9 2019 |
| | ) | |

PER CURIAM — Calvin Herman appeals the sentence imposed following his convictions for residential burglary and violation of a no-contact order. He contends, and the State concedes, that Herman's counsel was ineffective for telling the sentencing court it was bound by a prior court's conclusion that his prior offenses were not the same criminal conduct, see RCW 9.94A.525(5)(a)(i), and that Herman's misdemeanor judgment and sentence contains a clerical error. We accept the concession of error and remand for further proceedings consistent with this opinion.

FOR THE COURT:

Chun, J.

Andrus, J.